**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Timothy D. EILAND, Petitioner**

**No. 534 MAL 2017**

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

AND NOW, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.